IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:11-CR-00010-RRB-SAO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BRANDON HAYNES, | ) | **ORDER** |
| WILLIE WILSON, | ) | |
| DONTE EDWARDS, | ) | |
| ANTHONY GADSEN, | ) | |
| JOE POWELL, | ) | FILED UNDER SEAL |
| NATASHA WOLFE, and | ) | |
| JOLEEN MALAMUTE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Having duly considered the United States Motion for a Protective Order pursuant to Federal Rule of Criminal Procedure 16(d)(1), the Court finds "good cause" to order the following restrictions on discovery:

(1)   The portions of the police reports contained in Bates stamped pages 36-43 are to be redacted and any outstanding copies be destroyed.  The United States is to provide fresh copies of the discovery with the redactions made as soon as possible.

(2)   The members of the defense team are ordered not to share or show any of the discovery, whether digital, paper or otherwise, with

any other person, except upon showing of good cause in a further application to the Court.  The defendants, whether in custody or not, may not share such documents or digital evidence with others who are not members of their defense team.

(3)     Any court filing disclosing the materials mentioned above shall be filed under seal.

Any party objecting to the order may request a hearing under seal.

IT IS SO ORDERED.


Dated:  May 25, 2011                       s/SCOTT A. ORAVEC
                                           SCOTT A. ORAVEC
                                           United States Magistrate Judge