**UNDER SEAL**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. WILLIE WILSON      CASE NO. 4:11-CR-00010-02-RRB
Defendant: X Present  X In Custody
U.S.A. vs. DONTE EDWARDS      CASE NO. 4:11-CR-00010-03-RRB
Defendant: X Present  X In Custody
U.S.A. vs. ANTHONY GADSON     CASE NO. 4:11-CR-00010-04-RRB
Defendant: X Present  X In Custody
U.S.A. vs. JOE POWELL         CASE NO. 4:11-CR-00010-05-RRB
Defendant: X Present  X In Custody
U.S.A. vs. NATASHA WOLFE      CASE NO. 4:11-CR-00010-06-RRB
Defendant: X Present  X On Bond
U.S.A. vs. JOLEEN MALAMUTE    CASE NO. 4:11-CR-00010-07-RRB
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:   SCOTT A. ORAVEC

DEPUTY CLERK/RECORDER:  CONSTANCE LEDLOW

UNITED STATES' ATTORNEY: ELIZABETH CRAIL

DEFENDANT'S ATTORNEY:   KENNETH COVELL -FOR WILSON
                        MICHAEL STEPOVICH -FOR EDWARDS
                        JASON CRAWFORD -FOR GADSON -TELEPHONIC
                        M.J. HADEN -FOR POWELL -TELEPHONIC
                        JASON WEINER -FOR WOLFE
                        LAWRENCE REGER -FOR MALAMUTE

PROCEEDINGS: HEARING ON MOTION FOR PROTECTIVE ORDER [80]
             HELD JUNE 3, 2011:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 12:24 court convened.

Court and counsel heard re previously issued protective order and requirement for production of redacted/unredacted discovery.

Court and counsel heard further re redacted/unredacted discovery issues and discovery which has previously been provided to counsel for defendants.

Continued to page 2

DATE: JUNE 3, 2011              DEPUTY CLERK'S INITIALS:  CBL

Revised 9-28-09

```
                    Continuation page 2
                      4:11-CR-00010-RRB
                      USA vs Haynes, et al
              Hearing on Motion for Protective Order [80]
                         June 3, 2011
--------------------------------------------------------------
```

Court ordered that discovery previously provided to defendant Powell not be available to him until Ms. Haden is able to meet with him.

Court  indicated an inclination to the reversal in part of the previously issued protective order as follows:  The unredacted portions of the discovery are to be provided to defense counsel as they previously have been.  The disputed discovery contained in pages 33-43, subject to the motion and any forensic results of the forensic examinations may not be left at the Correctional Center; the disputed discovery information is to only be shared with the members of defense team; any court filing disclosing materials mentioned above  are to be filed under seal if an additional hearing is required.

Court ordered the government to file a brief re requested protective order regarding digital evidence , with specificity, by **June 8, 2011**; defendants' responses are due by **June 10, 2011**. The government's brief and defendants' responses are to be filed under seal.

Court and counsel heard re Allen Dayan's Entry of Appearance as to Mr. Haynes.

At 1:01 p.m. court adjourned.




DATE:  JUNE 3, 2011                   DEPUTY CLERK'S INITIALS:    CBL


Revised 9-28-09