IN THE UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA,
  Respondent,

       :

v. Willie LEWiS WiLSON JR.     CASE NO: 4:11-Cr-00010-RRB-02

       :

       :

## REQUEST FOR TERMINATION OF SUPERVISED RELEASE
## PURSUANT TO 18 USCS §3583

COMES NOW, the above-named Defendant, in the above-styled case, acting

as Pro-se without the benefit of Counsel. Defendant asks this Honorable

Court to construe this Motion liberally, since Defendant is without Counsel,

per Haines v. Kerner, (1972) 404 U.S. 519, 30 L Ed 2d 652, 92 S Ct. 594.

Per 18 USCS §3583(e), the Court may, after considering the factors set

forth in Section 3553 (a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4),

(a)(5), and (a)(6)...

> "(1) terminate a term of supervised release and discharge the defendant
> released at any time after the expiration of one year of supervised
> release, pursuant to the provisions of the Federal Rules of Criminal
> Procedure relating to the modification of probation, if it is satisfied
> that such action is warranted by the conduct of the defendant released
> and the interst of justice;"

Defendant has completed one year of Supervised Release with good clear

conduct and has completed all requirements. Defendant has paid all of the

restitution in full.

Defendant has shown just cause as to why this Motion should be granted,

and prays that this Honorable Court grants this Motion.

    This _____ day of May 20 , 2023

               Respectfully submitted,



1779 NW settlement Rd
Madison FL 32340

JACKSONVILLE FL 320
20 MAY 2023 PM 3 L

RECEIVED

MAY 26 2023

Clerk, U.S. District Court
Fairbanks, AK

Honorable Judge
Federal courthouse 101
12th Ave #332
FAiRbanks Alaska