S. LANE TUCKER
United States Attorney

RYAN TANSEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Email: ryan.tansey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WILLIE WILSON,<br><br>　　　　Defendant. | No. 4:11-cr-00010-RRB |

### RESPONSE IN OPPOSITION TO MOTION FOR TERMINATION OF SUPERVISED RELEASE

The Government hereby responds to the defendant's Motion for Termination of Supervised Release Pursuant to 18 USCS 3583, filed at Docket 737. Defendant Willie Wilson is one year into a five-year term of supervised release. (Dkt. 497 (Wilson Judgement)). While his performance on supervision thus far is admirable, early termination under the circumstances would be premature and would not provide adequate monitoring or sufficient opportunity for rehabilitation. To the extent Mr. Wilson continues to be compliant with his conditions, the United States would non-oppose a motion for early

termination after he has served three out of the total five-year term.

RESPECTFULLY SUBMITTED June 12, 2023 at Fairbanks, Alaska.

S. LANE TUCKER
United States Attorney

/s RYAN TANSEY
RYAN TANSEY
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2023 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s RYAN TANSEY

U.S. v. Wilson
4:11-cr-00010-RRB