IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIE WILSON,<br><br>　　　　　　　Defendant. | Case No. 4:11-cr-00010-RRB<br><br>**ORDER DENYING TERMINATION<br>OF SUPERVISED RELEASE** |

Before the Court at Docket 737 is Defendant, Willie Wilson, with a Request for Termination of Supervised Release, which is opposed by the Government at Docket 738.

The Court notes that, while Defendant appears to be doing well on supervised release, he still has not completed even half of the designated term. Given Defendant's criminal history and his institutional record, it therefore appears premature to terminate Supervised Release at this time. Defendant, however, is encouraged to continue with the positive lifestyle he has demonstrated since his release.

DATED this 13th day of June, 2023, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　*/s/ Ralph R. Beistline*
　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　Senior United States District Judge